UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Eastern Division

Civil Action No.:

| | |
|---|---|
| Gedion Masunsu, <br>     Petitioner <br><br> Vs. <br><br> Todd Lyons, Field Office Director, <br> Immigration and Customs Enforcement, <br> Enforcement and Removal Operations, <br> Burlington <br> Massachusetts, <br>     Respondent | Petition for Writ of Habeas Corpus <br> Agency File Number: <br> A 216 622 647 |

## **INTRODUCTION**

1. This is a petition for a writ of habeas corpus to remedy Immigrations and Customs Enforcement ("ICE") and Enforcement and Removal Operations ("ERO") taking into custody the above Gedion Masunsu in Massachusetts on 25-Jan-2025. Gedion is a non criminal alien (but see # 2) who was paroled into the United States on 12-April-2021, has applied for Asylum, Withholding of Removal and CAT protection. While his Asylum application was dismissed on 20-Dec-2023, he has been awaiting his Credible Fear Interview and expresses a fear of return to Uganda.

2. The Petitioner has been charged with various assaultive offenses in Waltham District Court and is scheduled for a Pretrial Conference on 26-Feb-2025. At his arraignment on state charges the District Court Judge Released him on his Own Recognizance.

## PARTIES

3. Petitioner Gedion MASUNSU is a non criminal alien, but for the present criminal accusation, who **resides and in domiciled in Eastern Massachusetts**.

4. Respondent **Todd Lyons is the Field Office Director of Immigrations and Customs Enforcement and Removal Operations in Burlington Massachusetts**. He is responsible for the direction of many workers within Enforcement and Removal Operations. **Todd Lyons assigned the location of custody of the Petitioner and is the Jailer of fact**. (It is our belief that Burlington ERO has designated Mr. Masunsu' place of custody as the Stratham County House of Correction in New Hampshire.

## JURISDICTION AND VENUE

4. The Court has jurisdiction pursuant to 28 U.S.C. § 2241.

5. Venue lies in the District of Massachusetts because Gedion MASUNSU's jailer of fact is currently within the Eastern Massachusetts Judicial District.

## FACTS

6. Petitioner Gedion MASUNSU is a **non criminal alien**, but for the present criminal accusation. Petitioner was **paroled into the United States in April 2021** and **filed for Asylum**, Withholding of Removal and Convention against Torture protection.

7. The Petitioner's Application for Asylum was dismissed on 20-Dec-2023 alleging he was subject to a Expedited Removal Order. **He was advised he would have a Credible Fear Interview. The Credible Fear Interview has not taken place** and **he continues to fear for his life if he is returned to his home country of Uganda**.

### Risk to the Community

8. The incidents that the Petitioner is accused of involves incidents with a woman he was living with. The Petitioner states is carrying his child. On information and belief counsel states that the friction with the alleged victim no longer exists.

**Risk of Flight**

9. Petitioner has a job and ties to the community. He has pending relief which will likely result in the Petitioner receiving permanent status. There seems to be no reason for him to flee.

## CLAIMS FOR RELIEF

### Count 1 – Writ of Habeas Corpus

16. The Petitioner entered as a **Parolee and is waiting his Credible Fear Interview, having previously filed an Asylum application**. He is **not convicted of any crime** nor does he have **any Immigration Court order**. He is entitled to be free.

17. The taking into Custody by ICE is without Probable Cause and deprives the Petition of his freedom.

18. Further Detention of the Petitioner is without probable cause and contrary to the Petitioner's Constitutional rights.

## PRAYER FOR RELIEF

Wherefore, Petitioner asks this Court to Grant the following relief:

1. An order prohibiting the Petitioner continuing in custody and prohibiting him from being taken from New England.

2. A writ of habeas corpus ordering that Petitioner be released forthwith;

3. That he have unfettered access to counsel, before and during any interviews as required by the INA, 5 USC 555(b).

4. Attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and 5 U.S.C. § 504 *et seq.,* if applicable; and

5. Any other relief this Court deems just and proper.

Respectfully submitted
Attorney for the Petitioner

/s/ Thomas Stylianos, Jr

Thomas Stylianos, Jr. ( BBO #565941)
Law Office of Thomas Stylianos
287 Appleton Street # 205
Lowell MA 01852
Tel: 978-459-5000, Fax: 978-459-3079, Email: tom@stylianoslaw.com
Dated: 01/05/2025
Exhibits:
A	I-94 Showing entry on Parole
B	Asylum Receipt
C	Dismissal of Asylum and the continuing future Credible Fear Interview