THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Eastern Division

CIVIL ACTION NO.: 1:25-cv-10197-MPK

| | |
|---|---|
| Gedion Masunsu, | |
|     *Plaintiffs* | |
| V. | |
| Todd Lyons, | |
|     *Defendant* | |

NOTICE OF VOLUNTARY DISMISSAL

The plaintiffs hereby give notice that they dismiss the above-captioned action, pursuant to the provisions of Rule 41(a)(1)(A)(i). The Defendants have not filed an Answer or Motion for Summary Judgment.

    Gedion Masunsu,
    By their Attorney,

    /s/ Thomas Stylianos, Jr.

    Thomas Stylianos, Jr.
    287 Appleton Street
    Lowell, MA 01852
    Ph. (978) 459-5000
    Fax (978) 459-3079
    Email: *Tom@Stylianoslaw.com*
    BBO# 595941

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served electronically via the *CM/ECF* notification system on those registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 10, 2025                  */s/ Thomas Stylianos, Jr.*
                                                        Thomas Stylianos, Jr.